JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIBERTY CORPORATE CAPITAL, LTD, a foreign corporation, as the sole corporate capital provider of Syndicate 1980,<br><br>    Plaintiff,<br><br>    v.<br><br>STOCKDALE CAPITAL PARTNERS, LLC,<br><br>    Defendant. | Case No. 2:22-cv-3561-JFW-KSx<br><br>**JOINT JUDGMENT** |

The Court, having granted Plaintiff Liberty Corporate Capital, Ltd's Motion for Judgment on the Pleadings, and having denied Defendant Stockdale Capital Partners, LLC's Motion for Partial Judgment on the Pleadings based on its determination that Plaintiff Liberty Corporate Capital, Ltd is entitled to a Declaratory Judgment that there is no coverage under Plaintiff's policy for the claims asserted by Defendant Stockdale Capital Partners, LLC, and that Plaintiff Liberty Corporate Capital, Ltd is entitled to judgment as a matter of law on all claims for relief alleged by it in this case.

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Liberty Corporate Capital, Ltd shall have a Declaratory Judgment on Count I of its complaint that COVID-19 is not a "Pollution Condition" as defined by the Policy;

2. Plaintiff Liberty Corporate Capital, Ltd shall have a Declaratory Judgment on Count II of its complaint that there is no coverage under the Policy for Business Interruption and Extra Expenses because any damages suffered by Defendant Stockdale Capital Partners, LLC were not caused directly by a Pollution Condition on, at, under or migrating from the Insured Property;

3. Plaintiff Liberty Corporate Capital, Ltd shall have a Judgment in its favor on Plaintiff's entire action;

4. Plaintiff Liberty Corporate Capital, Ltd may recover from Defendant Stockdale Capital Partners, LLC its taxable costs of suit pursuant to Local Rule 54-2;

5. Defendant Stockdale Capital Partners, LLC's Counterclaim shall be Dismissed with Prejudice and without leave to amend; and,

6. Defendant Stockdale Capital Partners, LLC shall recover nothing on its Counterclaim against Liberty Corporate Capital, Ltd.

Dated: December 12, 2022

_____
HON. JOHN F. WALTER
United States District Court Judge